**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ANTWANE JOHNSON,
*individually and on behalf of a class of all persons and entities similarly situated,*

Plaintiff,

v.

NEXA MORTGAGE LLC,

Defendant.

Civil Action No. 26-2799-TDC

# ORDER

For the reasons stated during the September 24, 2026 Case Management Conference and by agreement of the parties, it is hereby ORDERED that:

1. The parties shall be granted **21 days** from the date of this Order to engage in settlement discussions.
2. If no settlement results by the end of the 21-day period, Defendant is granted leave to file the Motion to Dismiss proposed in ECF No. 19 by **Thursday, October 15, 2026**. Plaintiff's memorandum of opposition shall be due by **Thursday, October 29, 2026**. Any reply brief may be filed by **Thursday, November 12, 2026**.

Date: September 24, 2026

THEODORE D. CHUANG
United States District Judge