IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTWANE JOHNSON, 2009 Saint Thomas Dr. #200 Waldorf MD, 20602, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

NEXA MORTGAGE, LLC, 5559 S Sossaman Rd, Bldg 1 Ste 101, Mesa, Arizona 85212,

Defendant.

Case No. 8:26-cv-02799-TDC

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant NEXA Mortgage, LLC ("NEXA") hereby respectfully moves to dismiss the putative class action Complaint (Dkt. 1) by Antwane Johnson ("Plaintiff") in this matter, in its entirety and with prejudice, for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6).

As is more fully explained in NEXA's Memorandum of Law, which is filed contemporaneously herewith and incorporated herein by reference as is if fully stated, the entire Complaint should be dismissed because Plaintiff fails to state a claim for relief under the Telephone Consumer Protection Act or the Maryland Telephone Solicitations Act in accordance with federal pleading standards, in that he does not plausibly allege: (i) a theory of liability against NEXA (direct or vicarious liability), (ii) sufficient non-conclusory facts supporting other essential elements of his two asserted claims, or (iii) that any violation was "knowing" or "willful" so as to justify his requests treble damages. And as Plaintiff already had a chance to amend his pleading in response to NEXA's pre-motion conference letter outlining these fatal defects (*see* Dkt. 19), NEXA respectfully submits that a complete dismissal with prejudice is warranted here.

This Motion is based on the aforementioned grounds, and such other and further briefing, evidence and arguments may be considered by the Court prior to or at the hearing hereon.

WHEREFORE, for these reasons, the Court should enter an order dismissing Plaintiff's Complaint in its entirety and with prejudice, along with granting all other just and proper relief.

Dated: October 15, 2026

Respectfully submitted,

**MANATT, PHELPS & PHILLIPS, LLP**

By: /s/ John W. McGuinness

John W. McGuinness
A. Paul Heeringa (admitted *pro hac vice*)
1700 M Street, NW 4th Floor
Washington, D. C., 20036
Tel: (202) 585-6540
Fax: (310) 996-7030
Email: jmcguinness@manatt.com
pheeringa@manatt.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on October 15, 2026, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ John W. McGuinness
John W. McGuinness

*Counsel for Defendant*