IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTWANE JOHNSON, 2009 Saint Thomas Dr. #200 Waldorf MD, 20602, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br>v.<br>NEXA MORTGAGE, LLC, 5559 S Sossaman Rd, Bldg 1 Ste 101, Mesa, Arizona 85212,<br><br>Defendant. | Case No. 8:26-cv-02799-TDC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion") filed on October 15, 2026, due notice having been given, the Motion being fully briefed, and the Court being fully apprised in the premises, it is HEREBY ORDERED that: (1) the Motion is GRANTED for all the reasons stated therein, and (2) Plaintiff's Complaint (ECF No. 1) is DISMISSED in its entirety and WITH PREJUDICE.

SO ORDERED THIS ___ DAY OF ____________________, 202___.

By:____________________________

Hon. Theodore D. Chuang

United States District Judge